IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MEKESHIA HAYES**                                                                                 **PLAINTIFF**

v.                                         CIVIL ACTION NO.: 2:20-cv-00118-TBM-MTP

**JONES COUNTY, MISSISSIPPI;
JONES COUNTY SHERIFF'S
DEPARTMENT; OFFICER JAKE
DRISKELL;** and **DOE OFFICERS 1-6**                          **DEFENDANTS**

## ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

This matter came before the Court on Defendant Officer Jake Driskell's Motion for Judgment on the Pleadings [13] on September 21, 2021. At the hearing conducted in this matter on September 21, 2021, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that Defendant Officer Jake Driskell's Motion for Judgment on the Pleadings based on qualified immunity should be denied without prejudice at this time to allow the Plaintiff the opportunity to file an amended complaint.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on September 21, 2021, Defendant Jake Driskell's Motion for Judgment on the Pleadings [13] is DENIED without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's *ore tenus* Motion to Amend the Complaint is GRANTED, and Plaintiff shall have twenty days from the date of this order to file an amended complaint.

THIS, the 21st day of September, 2021.

                                                                  TAYLOR B. McNEEL
                                                         UNITED STATES DISTRICT JUDGE